## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ABIGAIL RATCHFORD, et al.,**            2:17-cv-13109-MOB-MKM

**Plaintiffs,**                           Hon. Marianne O. Battani
                                          Mag. Judge Mona K. Majzoub

**v.**

**YESTOFFLO, LLC, d/b/a**
**THE LANDING STRIP LOUNGE,**

**Defendant.**

---

Edmund S. Aronowitz (P81474)           David J. Berkal
Aronowitz Law Firm, PLLC               Curley & Berkal
2609 Crooks Road, No. 290              15635 W. Twelve Mile Road, Ste. 200
Troy, Michigan 48084                   Southfield, MI  48076
248-716-5421 Telephone                 248-552-1900 Telephone
248-419-1032 Facsimile                 248-552-1917 Facsimile

Roland Tellis                          *Attorneys for Defendant*
Jonas P. Mann
Baron & Budd, P.C.
15910 Ventura Blvd., Suite 1600
Encino, California 91436
818-839-2333 Telephone

*Attorneys for Plaintiffs*

---

## NOTICE OF PENDING SETTLEMENT

NOW COME, Plaintiffs and Defendant Yestofflo, LLC, d/b/a The Landing Strip Lounge, by and through their respective counsels of records, and hereby notify the Court as follows:

1. Plaintiffs and Defendant Yestofflo, LLC, have agreed to terms on a confidential settlement of the mater that will resolve all of Plaintiffs' claims asserted in the matter. Plaintiffs and Defendant Yestofflo, LLC, have exchanged a draft and are completing a formal settlement agreement.

2. Upon finalizing and executing the formal settlement agreement, Plaintiffs and Defendant Yestofflo, LLC, will move the court to dismiss Plaintiffs' claims.

| | |
|---|---|
| Dated: January 17, 2019 | BARON & BUDD, P.C. |
| | By:  */s/Jonas P. Mann*  <br> Jonas P. Mann |
| | Roland Tellis <br> rtellis@baronbudd.com <br> Jonas Mann, Esq. <br> jmann@baronbudd.com <br> **BARON & BUDD, P.C.** <br> 15910 Ventura Boulevard, Suite 1600 <br> Encino, California  91436 <br> Telephone:  818-839-2333 |
| | Attorneys for Plaintiffs |

|  |  |
|---|---|
| Dated: January 17, 2019 | CURLEY & BERKAL |
|  | By: _/s/David J. Berkal_<br>David J. Berkal |

David J. Berkal
Curley & Berkal
15635 W. Twelve Mile Road
Suite 200
Southfield, MI 48076
Telephone: 248-552-1900
Facsimile: 248-552-1917

Attorneys for Defendant

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2019, I filed the foregoing document with the United States District Court for the Eastern District of Michigan via the court's CM/ECF system, thereby causing service upon all counsel of record by operation of the CM/ECF system.

/s/Jonas P. Mann